**Motion Granted and Order filed December 12, 2013**



In The

# Fourteenth Court of Appeals

_____

NO.  14-13-00991-CV
_____

**GULF COAST ASPHALT COMPANY, L.L.C. AND TRIFINERY, INC.,**
**Appellant**

**V.**

**RUSSELL T. LLOYD, JOHN M. O'QUINN & ASSOCIATES, L.L.P., AND**
**JOHN M.O'QUINN & ASSOCIATES, P.L.L.C., Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61780**

## ORDER

Appellants Gulf Coast Asphalt Company, L.L.C. and Trifinery, Inc., filed a motion for interlocutory appeal pursuant to Texas Civil Practices and Remedies Code section 51.014(f).  *See also* Tex. R. App. P. 28.3.  The motion is granted. The notice of appeal is deemed to have been filed as of the date of this order.  Tex. R. App. P. 28.3(k).  This appeal is governed by the rules for accelerated appeals.

*Id.* A copy of this order shall be filed with the trial court clerk for the 80th District Court of Harris County, Texas.

PER CURIAM